# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
CAMPANELLA, SALUSSOLIA, and FLEMING
Appellate Military Judges

**UNITED STATES, Appellee**
v.
**Private E2 JOSEPH KARGBO**
**United States Army, Appellant**

ARMY MISC 20170644

For Petitioner:  Colonel Mary J. Bradley, JA; Captain Zachary A. Gray, JA (on brief).

18 April 2018

--------------------------------------------------
SUMMARY DISPOSITION AND ACTION ON
PETITION FOR EXTRAORDINARY RELIEF IN
THE NATURE OF A WRIT OF *MANDAMUS*
--------------------------------------------------

FLEMING, Judge:

Petitioner, who was convicted at a general court-martial, pursuant to his pleas, of disobeying a lawful order, disobeying a lawful general order, making a false official statement, and two specifications of assaulting a law enforcement officer, in violation of Articles 90, 92, 107, and 128, Uniform Code of Military Justice, 10 U.S.C. §§ 890, 892, 907, 928 (2012) [hereinafter UCMJ], and contrary to his plea, of sexual assault, in violation of Article 120, UCMJ, 10 U.S.C. § 920 (2012), is not entitled to relief in the form of this court directing the convening authority to retract final action and petitioner's Department of Defense Form 214 [hereinafter DD 214]. On 6 February 2018, we issued an order directing petitioner to submit supporting documents substantiating the basis of his writ of mandamus to this court.  We find that the documents submitted by petitioner failed to substantiate his writ of mandamus.  Accordingly, we deny this petition.

NOW, THEREFORE, IT IS ORDERED:

This petition is DENIED.

Senior Judge CAMPANELLA and Judge SALUSSOLIA concur.

FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court